### ALABAMA NOVELTY CO. V. DAVIS.

(Decided April 18, 1912.)

APPEAL from Birmingham City Court.
Heard before Hon. ROBERT N. BELL, Special Judge.
No counsel marked for either party.
Per curiam.   Affirmed on certificate.

---

### BIRMINGHAM RY. L. & P. CO. V. NEWNAN.

(Decided April 4, 1912.)

APPEAL from Birmingham City Court.
Heard before Hon. C. C. NESMITH.
TILLMAN, BRADLEY & MORROW, and CHARLES E. RICE,
for appellant.   ALLEN & BELL, for appellee.
Per curiam.   Dismissed by agreement.